# EXHIBIT 1

# Bash Back! News

- **Bash Back!**
    - About BB! News
    - Contact Us
    - Find A BB! Chapter
    - Hate Mail
- **New Jersey 4**
    - About the New Jersey 4
    - Radio Interview With Terrain Dandridge
    - Terrain Dandridge and Renata Hill Convictions Overturned
    - Write the New Jersey 4!
- **Radical Queer Convergence 2009**
    - Announcing Radical Queer Convergence May 28th-31st
    - CREATING SAFER SPACES AT THE 2009 BASH BACK! CONVERGENCE
    - Entertainment at the Radical Queer Convergence
    - Late Winter Convergence Update
    - Rideboard
- **RadiQueer Links**
    - Bash Back! Chicago
    - Bash Back! DC
    - Bash Back! Denver
    - Bash Back! Florida
    - Bash Back! Lansing
    - Bash Back! Memphis
    - Bash Back! Milwaukee
    - Bash Back! PDX
    - faggotz.org
    - FIERCE
    - Free the New Jersey 4
    - Gay Shame SF
    - Illvox (Anarchist People Of Color)
    - INCITE! Women of Color Against Violence
    - LaGai
    - Les Pantheres Roses (Montreal)
    - Queer Zine Archive Project (QZAP)
    - Queers Against Obama
    - Radical Homosexual Agenda
    - The Naughty North
    - The Revolting Queers
    - Twin Cities Avengers
    - Twin Cities: UnBash Project
- **RNC/DNC**

EXHIBIT 1

Case 1:09-cv-00427-RHB   ECF No. 1-2, PageID.18   Filed 05/13/09   Page 3 of 4

Lansing: A really QUEER action Nov 9th! « Bash Back! News                    Page 2 of 3

- o Convergence ReportBack
- o Crash the RNC: 3s Strategy
- o RNC Housing
- o RNC: Pink and Blue Bloc
- o Trans Health Advocates Needed for RNC

Lansing: A really QUEER action Nov 9th!
October 23, 2008, 7:44 pm
Filed under: Uncategorized

***PLEASE FORWARD***hey everyone!

Queers and Trannies Bash Back!, is going to be doing a very creative and fun action on Sunday November 9th. There is space for all levels of involvement and risk. We need people to do anything from just engaging in conversation, to tossing some glitter, to playing spin the bottle, to a more "militant"-looking presence out side of the building. I can tell you that we are targeting a well-known anti-queer, anti-choice radical right wing establishment. However, we cant give you really any detailed information due to the cop who's ridiculous job it is to do surveillance over this blog, if you are interested, trust us, its going to be amazing!

Either dress in casual clothes so you can blend with general people and have a pink or blue mask or bandanna or flag or something that you can hide and then use to distinguish you as a protester later. Or if you want to be a part of the out side action, wear pink and black and have a mask. The out door action isnt going to be a presence that is necessarily going to do anything more than look scary to grab attention. So masks, noise makers, and flags, etc..

Some things we need: Video camera, a megaphone, noise makers, condoms, glitter by the bucket load, confetti, pink fabric...yeh. If you got any of this stuff let us know.

Want some more info?? shoot me an email, and we'll let you know what I can. otherwise, you can just show up! 10:00 am at The NorthStar center:
106 Lathrop St.
Lansing, MI 48912

"ONLY ONE DIRECTION!
        TRANS AND QUEER INSURRECTION!"
                        -Bash Back! Lansing

0 Comments

**No Comments so far**
Leave a comment

RSS feed for comments on this post. TrackBack URI

Case 1:09-cv-00427-RHB ECF No. 1-2, PageID.19 Filed 05/13/09 Page 4 of 4

Lansing: A really QUEER action Nov 9th! « Bash Back! News     Page 3 of 3

**Leave a comment**

Line and paragraph breaks automatic, e-mail address never displayed, HTML allowed: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <pre> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Name (required)

Mail (will not be published) (required)

Website

Your Comment

Say It!

☐ Notify me of follow-up comments via email.

Blog at WordPress.com.
Benevolence theme by Theron Parlin.
Syndicate entries using RSS and Comments (RSS). This theme contains valid XHTML and CSS.