# EXHIBIT 2



blogs.myspace.com/bashbacklansing                                          MySpace.com | rss | sign in

**Bash Back! Lansing**

**Last Updated:** 4/21/2009

Send Message
Instant Message
Email to a Friend
Subscribe

**Gender:** Female
**Status:** Divorced
**Age:** 25
**Sign:** Scorpio

**City:** LANSING
**State:** Michigan
**Country:** US
**Signup Date:** 9/22/2008

Sponsored Links

**Pimp My Profile (Free)**

Layouts, Backgrounds, & Graphics: Download Them All Now - (100% Free)

Webfetti.com

Wednesday, November 26, 2008

Bash Back! Raises Hell at Anti-Queer Mega-Church

### Bash Back! Raises Hell at Anti-Queer Mega-Church

     The Mount Hope Church is a deplorable, anti-queer mega-church in
Lansing, Michigan. The church works to institutionalize transphobia and
homophobia through several repulsive projects including organized "ex-gay"
conferences and so-called "hell houses", which depict queers, trannies and
womyn who seek abortions in hell. Mt. Hope is complicit in the repression
of queers in Michigan and beyond.
Bash Back! ain't down with that. And so on Sunday November 9th, about
thirty radical queers from Lansing, Chicago, Memphis and Milwaukee
disrupted the church's most well-attended sermon.
At noon, a small group of folks dressed in pink and black, equipped with a
megaphone, black flags, picket signs and an upside-down pink cross began
demonstrating outside the church. The group was extremely loud and wildly
offensive.
The demonstration drew a majority of Mount Hope's security staff outside
to watch them.
Meanwhile, with the guards pre-occupied by the distraction, over a dozen
queers had put on their Sunday-best and infiltrated the church's
congregation. At the signal that the guards had been lured outside, the
infiltrators sprung into action.
A group stood up, declared themselves fags, and began screaming loudly.
Upon hearing the loud interruption, other affinity groups went into
action. A team that had been hiding under the pews in the closed-off
balcony dropped a banner and pulled back the curtains to reveal "IT'S OKAY
TO BE GAY! BASH BACK!". Another group threw over a thousand fliers to the
entirety of the congregation. The fire alarm was pulled. Queers began
making out in front of the pastor. And within a matter of minutes,
everyone had evaded the guards and made their escapes.
Bash Back! operatives, still hidden among the congregation observed a
person screaming that Satan had come to Mount Hope, that the end was here,
that the queers were everywhere. She then began speaking tongues. The
dumbfounded pastor, after regaining his composure, went on to speak of the
of decadent, depraved wolves that menace his flock of sheep.
Let it be known: So long as bigots kill us in the streets, this pack of
wolves will continue to BASH BACK!
We are everywhere.♥
bashbacknews.wordpress.com

8:36 AM  5 Comments   0 Kudos   Translate   Print   SHARE

Previous Post: WHY MOUNT HOPE CHURCH?? & press linx | Back to Blog List | Next Post: LANSING QUEERS BASH BACK AGAINST TRANS-PHOBE IN BATHROOM!

Write your comment here...

[Submit]

**EXHIBIT 2**