# EXHIBIT 4

## Page 1

Radio Interview
Male (Interviewer): Okay, I need you to acknowledge on the record that you know that this is being recorded.
Bernard Cline: Okay, I know it's being recorded.
Male (Interviewer): I know it's silly, but the law says that when there are two people face to face, that both people have to agree that it's being recorded.
Amy (Andy) Michelle Field: Okay.
Male Interviewer): Um, that way nobody's in trouble with it.
Amy (Andy) Michelle Field: Right.
Male (Interviewer): So, the big question that Susan sent me over here with is what were you hoping to accomplish with this protest?
Amy (Andy) Michelle Field: Um, de-brainwashing the youth. That was our main goal. Um, I don't know if you read the flyer?
Male (Interviewer): No.
Amy (Andy) Michelle Field: I could grab it, grab you a copy of it. It's really good. Um-
Male (interviewer): Can you e-mail the flyer to me?
Amy (Andy) Michelle Field: Um...
Male (Interviewer): You guys have it in PDF?
Amy (Andy)Michelle Field: I hope we still do. I'm sure we do. I, I'll have to think.
Male(Interviewer): I mean, if not I can take it.
Amy (Andy) Michelle Field: Well, yeah. I'm just going to write off, I'll find it.
Male (Interviewer): All right.
Amy (Andy) Michelle Field: I know I had it somewhere. I just, um, we did it, um, the flyers are done from a Christian perspective. Um, it's actually done in a way that, um, okay, so being that like my, my and a lot of other people that were involved in this' history

## Page 2

1  is in the church. Um, we were raised in evangelical churches just like that one. Um, or
2  even at that one, for some of us. Um, we really wanted to talk with the youth there and
3  in the most effective way possible, tell them that it's, at least plan to see that it's
4  okay to be queer, it's okay to come out. And so the flyers' done from a really moderate
5  perspective. It's really chill; it's really calm, um, and it's just, and it even, even
6  says in it, um, um, you know, what the ultimate commandment that Christ taught us was love
7  and all this, you know? So, uh, that was the main deal was to kind of like, like, I don't
8  know, kind of nicely de-brainwash. So, I mean, the action itself was-there's a saying, it's
9  so much more relative than it was. I mean, like, yes it was loud, um, but we mixed, um,
10 kind of like shock value with a really like nice softness that, um, like for example,
11 the banner said, "It's okay to be gay." It didn't say anything about like smashing or like
12 hurting anybody like everybody keeps saying we were violent and we weren't.
13 Male (Interviewer): Okay, well the press release that I got from you, or the story that
14 I got from you said the banner said, "It's okay to be gay. Bash back."
15 Amy (Andy) Michelle Field: Well, Bash Back is the name of the group, right? So I guess
16 you could take it that way.
17 Male(Interviewer): Um, so we, um, got a statement from the Alliance of Lesbian, Bi, Gay,
18  Transgender Students.
19 Amy (Andy) Michelle Field: Right.
20 Male (Interviewer): And they're actually condemning the action.
21 Amy (Andy) Michelle Field: That's fine.
22 Male (Interviewer): Um, do you understand why some people are concerned about how this
23 action may impact the LBGT movement? And what do you say to those people?
24 Amy (Andy) Michelle Field: Well, I know, I haven't, I mean, I haven't had a chance to
25 think about it besides it being tossed at me right now, so I don't know if it's a really

## Page 3

1  fair time for me to answer that question besides to say direct action makes people nervous,
2  um, just like direction conversation makes people nervous. A lot of people will shy
3  away or slump away when somebody says something racist to a white male homophobic, um, and
4  I am saying, I think this group is to let people know we're not going to let people get
5  away with things like that. This group, activist church actively teaches hatred. It
6  actively teaches organizing to brainwash queer people back into the closet, ruining their lives
7  and ruining their families and we're not going to stand for that. We're not going to
8  stand by and, you know, like just talk about how we don't like it. We're going to go and
9  actually do something about it. I think, I, I think I can see where it's going to make people
10 who are just, I guess un-confrontational uncomfortable, but I just, I just don't care if
11 they're condemning it. We have a lot of institutionalized stuff that I don't agree with.
12 Male (Interviewer): Like what?
13 Amy (Andy) Michelle Field: I don't know. Just like, um, I need to wake up or think this
14 over before I answer this question.
15 Male (Interviewer): Okay.
16 Amy (Andy) Michelle Field: Um, well for one, the GLBT alliance, I've never felt,
17 includes the T anyway. Um, it's not really, it's not really a space that I felt safe a
18 transperson. There wasn't space that I felt actually included, space for me. Um, so I guess I have
19 a personal issue with it there. Beyond that, um, I don't believe with working, working
20 within lobbying or, um, like directly within the system like that is really where I fit or
21 where I, where, what is the most, what is the most effective. Um, so, whatever.
22 Male (Interviewer): Okay, um, Bash Back obviously creates an image, a violent image.
23 Amy (Andy Michelle Field: Sure.
24 Male (Interviewer): Um, is there an intent or would there have been an intent to hit
25 somebody, done something, placed hands on you all, that somebody would've become violent?

## Page 4

1  Amy (Andy) Michelle Field: I'm not going to answer that.
2  Male(Interviewer): Okay, that's fair. I mean, I have to ask the question.
3  Amy (Andy) Michelle Field: Yeah.
4  Male (Interviewer): You understand.
5  Amy (Andy) Michelle Field: That's all right.
6  Male (Interviewer): Um, does, I mean, Bash Back hearkens back to the queer national
7  days with the Queers Bash Back slogans where they actually had, uh, street groups that
8  would wander the streets in (Inaudible word) Street in New York City taking out bad bashers.
9  Is that something that Bash Back has looked at or is considering?
10 Amy (Andy) Michelle Field : I think that we're proud of our history and where we came
11 from, but I don't think that that, that's going to necessarily determine anything that we
12 do now or, um, in the future. We're our own group and we'll see where we go on our own. (
13 Coughs)
14 Male (Interviewer): Have you had any responses from the church itself?
15 Amy (Andy) Michelle Field: We have had, um, a few responses from people who got the
16 flyers that are interested, yes. Um, we noticed quite a bit of youth, I don't know if I'm
17 going to give this away to the church that they're cracking down or something. We did notice
18 quite a bit of youth, um, stuffing the flyers into their pockets as quick as they could
19 before they got taken away, which was the point.
20 Male (Interviewer): Okay.
21 Amy (Andy) Michelle Field: Um, yeah.
22 Male (Interviewer): And where will you send these youth to, to address these-I mean,
23 obviously I know Mount Hope Church. They've been a nemesis of mine even since the '90's. I mean,
24 I took them on over the issue of HIV/AIDS.
25 Amy (Andy) Michelle Field: Nice.

**EXHIBIT 4**

## Page 5

1  Male (Interviewer): Back in the 90's and we passed on condoms in the middle of own of
2  their-
3  Amy (Andy) Michelle Field: (Chuckles) Nice.
4  Male (Interviewer): So, you know, because they were defining abstinence as no sex
5  outside of marriage, which is not abstinence.
6  Amy (Andy) Michelle Field: Right.
7  Male (Interviewer): Um, but, um, when, what resources are you offering these people who
8  are coming to you from this church?
9  Amy (Andy) Michelle Field: Um, mostly like everything from like one on one counseling
10 via e-mail to in-discussion to, um, like website referral, book referrals, to like
11 actually getting involved with the group eventually, if that's what they choose to do. Um, yeah.
12 I think the most like, the most important thing that this action like that this
13 brought, the first step of someone actually reading that flyer and even for one second
14 thinking about it. Like, like I think back to my youth and others that I know, um, that
15 would've been absolutely life changing. If I had something like that happen, even if I hadn't
16 contacted or if I had contacted and I had had barely any response or decided not to be a part of
17 their group, but I had at least taken that step, I think that would've been the first
18 step in a long process of life change for me that probably would've gone a lot sooner than
19 it did. Um, so I think in that sense it can be effective.
20 Male 2: So you'd know that you weren't so alone?
21 Amy (Andy) Michelle Field: Yeah, yeah.
22 Male (Interviewer): Now I understand that, um, Eaton County Sheriff's were called.
23 Amy (Andy) Michelle Field: Okay.
24 Male (Interviewer): And that they talked to some of the protestors.
25 Amy (Andy) Michelle Field: Right.

## Page 6

1  Male (Interviewer): Were you one of the protestors that they spoke to?
2  Amy (Andy) Michelle Field: I'm not going to answer that. So while, (Clears throat) I
3  guess I should-
4  Male (Interviewer): I mean, I just want to know what the Eaton County Sheriff's.
5  Amy (Andy) Michelle Field: Right, I know what happened. Um, they showed up because of a
6  fire alarm had been pulled, which was not by us. We believe that, um, what actually
7  happened there was that a Christian, somebody in the church, was really scared of us and went
8  and pulled it to try to get us out and didn't know it was a silent alarm. That's what the,
9  at least that's what the-and this is all according to what the police said. I don't
10 actually know if the fire alarm was actually pulled or if this is something that like the
11 church is saying, um, because I don't know-I feel, I find it really hard to believe that
12 there would be a silent alarm there because there is like a whole kid's wing and like a
13 whole giant sanctuary full of people, so I don't, I don't know if that's actually true. But
14 if it is, whatever. That was not by our group; but that's what called the police,
15 supposedly. That's what they said.
16 Male (Interviewer): Did fire trucks show up?
17 Amy (Andy) Michelle Field: No, no fire truck. Just like four police cars. (Clears
18 throat) And from what I understand what the police said to people was that, um, that they
19 were, from my understand, they came and told people they were trespassing, but everyone
20 said we haven't been asked to leave, which was true. Um, nobody was asked to leave. As soon
21 as the police said, "Okay, well all the church would like you to leave," everyone left,
22 immediately. And we were told that we couldn't come back and we were perfectly calm
23 with that, perfectly fine with that.
24 Male Interviewer): If they'd had told you when you started the protest you have to
25 leave, would you all have left?

## Page 7

1  Amy (Andy) Michelle Field: Um, that's part of the point of the way that we work that
2  there was no way that that could've happened. Um, it was all timed right. Um, we've,
3  everything, everything that we had, everything that we had was a split second. It was very, very
4  fast. It was too fast to even necessarily know what was going on before it was done and
5  then we were gone. So I mean it was, yeah, there was no time. We kicked ourselves out. Not
6  that security wasn't completely on our assess, because they were when we getting out, but
7  diversion worked well.
8  Male (Interviewer): Um, do you anticipate more actions like this in the future?
9  Amy (Andy) Michelle Field: Um, I anticipate we're going to get more and more creative.
10 I have no idea with what exactly is going to happen next. I think, I would, I would be
11 surprised if we didn't do something completely different next time.
12 Male (Interviewer): Anything else you want to add that I missed that I didn't touch on?
13 Amy (Andy) Michelle Field: Um, just that, um, something that I think is really, really
14 cool that we've decided, that we agreed to get out, um, is the diversions that we used, um,
15 which was really cool; like the, um, and you know, we talked about that extensively as
16 to whether or not to move at least through exactly how we did it but, um, we decided to
17 because we think it'll inspire other people. But, um, basically we had two groups. You know,
18 we had the inside group and the outside group and the outside group's specific job was,
19 and so everybody keeps pointing to them and saying, (Inaudible words) blah, blah, blah.
20 Their job, they didn't do anything illegal. Their job was to look scary and look like kind
21 of exciting to pull security outside so that we were able to do our job safely without
22 being attacked and it worked like a charm. It was really (Inaudible word) when we went, so
23 that's good.
24 Male (Interviewer): Um, actually one more question in the City Pulse, one of the
25 ministers says that he wished that all of you had been arrested because you violated their civil

## Page 8

1  rights. Do you have a response to that?
2  Amy (Andy) Michelle Field : Um, they violated my rights as to be a human being every
3  single time. They teach, they teach these sad lessons that lead to, you know, queer bashing
4  and murder and rape and, you know, even worse than all of those things, a hatred of
5  yourself and assimilation into their, um, idea or way of life until you either commit suicide
6  or spend your life hating yourself, a life of guilt. Um, so I really, I'm not concerned
7  with their civil rights. I'm concerned with what they're doing to the youth. Um, and my
8  response to all of us being arrested, we didn't do anything that deserved being arrested. I
9  certainly don't think we did anything that deserved being locked in a cage, um, and I think he
10 can just calm down and deal, and deal with the fact that it happened. And try and pick up
11 his sheep, gather the sheep.

Page 9

1 C E R T I F I C A T E

2 STATE OF MISSOURI )

3 ) ss.

4 COUNTY OF JACKSON )

5

6 I, DONNA KAY RASKIN, d/b/a Walnut Street Transcription and Business Services do hereby

7 certify that the foregoing pages are a true record of the testimonies given.

8 I further certify that I am not counsel, attorney, or relative of either party, or

9 clerk or stenographer of either party or of the attorney of either party, or otherwise

10 interested in the event of this suit.

11

12

13

14

15

16 _Donna K. Raskin_

17 Donna Kay Raskin

18

19 GIVEN, under my hand and notarial seal at my office in said county and state, this 13th

20 day of April, 2009.

21

22