# EXHIBIT 5

Case 1:09-cv-00427-RHB   ECF No. 1-6,   PageID.30   Filed 05/13/09   Page 2 of 3

Bash Back! Olympia Trashes Mormon Church « Bash Back! News                    Page 1 of 5

# Bash Back! News

- **Bash Back!**
    - About BB! News
    - Contact Us
    - Find A BB! Chapter
    - Hate Mail
- **New Jersey 4**
    - About the New Jersey 4
    - Radio Interview With Terrain Dandridge
    - Terrain Dandridge and Renata Hill Convictions Overturned
    - Write the New Jersey 4!
- **Radical Queer Convergence 2009**
    - Announcing Radical Queer Convergence May 28th-31st
    - CREATING SAFER SPACES AT THE 2009 BASH BACK! CONVERGENCE
    - Entertainment at the Radical Queer Convergence
    - Late Winter Convergence Update
    - Rideboard
- **RadiQueer Links**
    - Bash Back! Chicago
    - Bash Back! DC
    - Bash Back! Denver
    - Bash Back! Florida
    - Bash Back! Lansing
    - Bash Back! Memphis
    - Bash Back! Milwaukee
    - Bash Back! PDX
    - faggotz.org
    - FIERCE
    - Free the New Jersey 4
    - Gay Shame SF
    - Illvox (Anarchist People Of Color)
    - INCITE! Women of Color Against Violence
    - LaGai
    - Les Pantheres Roses (Montreal)
    - Queer Zine Archive Project (QZAP)
    - Queers Against Obama
    - Radical Homosexual Agenda
    - The Naughty North
    - The Revolting Queers
    - Twin Cities Avengers
    - Twin Cities: UnBash Project
- **RNC/DNC**

EXHIBIT 5

Case 1:09-cv-00427-RHB    ECF No. 1-6,  PageID.31    Filed 05/13/09    Page 3 of 3

Bash Back! Olympia Trashes Mormon Church « Bash Back! News                Page 2 of 5

- Convergence ReportBack
- Crash the RNC: 3s Strategy
- RNC Housing
- RNC: Pink and Blue Bloc
- Trans Health Advocates Needed for RNC

Bash Back! Olympia Trashes Mormon Church
November 17, 2008, 3:14 am
Filed under: Uncategorized

This Comminque is reposted from Seattle Indymedia:

Bash Back! Olympia Trashes Mormon Church

Last night, under the veil of fog, we visited the Church of Latter Day Saints. We left their locks glued with anarchist messages scrawled in spray paint over their boring veneer.

We did this to show our solidarity with all who are resisting heterosexism everywhere, hopefully to spur them into action; and also because we are angry at the amount of money and propaganda that the Mormon church pumped into the homophobic Proposition 8 campaign. From their disgusting commercials to their despicable sermons to those gross lawn signs, we are sick of this parade of bigotry. The Church has to pay.

We as anarchists are opposed to marriage but we see that this blatantly anti-gay act as a threat to all us gay, lesbian, transgendered and queer folk. The Proposition 8 campaign was used as a medium to instill homophobic fear into the population of California so as to squash queer culture, it is dangerous to let these actions go unchecked and not confronted.

Liberating our sexual fantasies and desires is dangerous to this rigid system, because free people enjoying themselves in a plethora of ways sexually will eventually want to enjoy themselves in other areas of life too, capitalism doesn't want sexually liberated people because they ask too many questions and may not show up to work on time (or at all).

The Mormon church (just like most churches) is a cesspool of filth. It is a breeding ground for oppression of all sorts and needs to be confronted, attacked, subverted and destroyed. The church reinforces sexism, transphobia, homophobia, racism, capitalism, and leaves it's members emotionally wounded and unable to engage in critical thinking. The Mormon church teaches us to hate our bodies, not to trust ourselves or our desires. This ends up deforming us as healthy sexual and communal beings. This is unacceptable.

This is a few reasons why an affinity group of the Olympia, Washington Chapter of Bash Back! decided to attack their church with glue and paint. Let this be a warning to the Mormon church, dissolve completely or be destroyed. The choice is yours..

~BASH BACK! OLYMPIA

8 Comments

**8 Comments so far**