UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MOUNT HOPE CHURCH,**
       Plaintiff,                  Dkt. No. 2009-CV-00427-RHB

v.                                  Hon. ROBERT HOLMES BELL

**BASH BACK!, D-01**
**BASH BACK! LANSING, D-02**
**GINA ELEYNA WERTZ, D-03**
**KRISTY ELIZABETH BOUSQUET, D-04**
**AMY MICHELLE FIELD, D-05**
**JASON DAVID HATZ, D-06**
**CAILIN ELIZABETH MAJOR, D-07**
**WENDY RENAE DEBNAR, D-08**
**MICHELLE NICOLE TROUTMAN, D-09**
**SAMUEL D. KREUGER, D-10**
**NATHAN JAMES KELLER, D-11**
**ANTON BOLLEN, D-12**
**DEVIN SCOTT MERGET, D-13**
**DANIEL A. REGENSCHEIT, D-14**
**RYAN LEVITT, D-15**
**ALLISON MARGARET PENNINGS, D-16**
**JOHN DOES 1-20, D-17-36**
        Defendants

## AFFIRMATIVE DEFENSES OF DEFENDANTS:

**GINA ELEYNA WERTZ, D-03**
**AMY MICHELLE FIELD, D-05**
**CAILIN ELIZABETH MAJOR, D-07**
**WENDY RENAE DEBNAR, D-08**
**MICHELLE NICOLE TROUTMAN, D-09**
**SAMUEL D. KREUGER, D-10**
**ANTON BOLLEN, D-12**
**DEVIN SCOTT MERGET, D-13**
**DANIEL A. REGENSCHEIT, D-14**
**RYAN LEVITT, D-15**
**ALLISON MARGARET PENNINGS, D-16**

PALMER & ASSOCIATES, P.C.
TRACIE DOMINIQUE PALMER (P 53555)
Attorney for Defendants D-01 to D-05; D-07 to D-10; D-12 to D-36
615 Griswold, Ste. 1225
Detroit, MI 48226
(313) 963-1100 (voice)
(313) 963-5221 (fax)
tpalmer@palmerlawpc.com
_____/

NOW COME the above-listed Defendants, by and through their Attorney, TRACIE DOMINIQUE PALMER (P 53555), and as their Affirmative Defenses to the civil Complaint filed against them in the above-captioned lawsuit states the following:

1. Plaintiff's Complaint, in whole or in part, fails to state any claim or claims upon which relief can be granted as a matter of fact and/or law as to Defendants: **GINA ELEYNA WERTZ, D-03; AMY MICHELLE FIELD, D-05; CAILIN ELIZABETH MAJOR, D-07; WENDY RENAE DEBNAR, D-08; MICHELLE NICOLE TROUTMAN, D-09; SAMUEL D. KREUGER, D-10; ANTON BOLLEN, D-12; DEVIN SCOTT MERGET, D-13; DANIEL A. REGENSCHEIT, D-14; RYAN LEVITT, D-15; ALLISON MARGARET PENNINGS, D-16.**

2. The allegations and/or claims raised in Plaintiff's Complaint are barred by the applicable statute(s) of limitation and/or jurisdictional prerequisites.

3. The factual allegations made against Defendants are completely untrue, misleading and otherwise false.

4. The relief sought by Plaintiff's Complaint infringes upon the Defendants' fundamental constitutional rights to Freedom of Speech, Freedom of Expression, Freedom of Religion and Freedom of Assembly.

5.     The statute 18 U.S.C. §248, as sought to be applied by Plaintiffs to Defendants in the instant lawsuit, is unconstitutional.

6.     Defendants reserve the right to amend their Affirmative Defenses should additional defenses become known through the discovery process.

Respectfully submitted,
*/s/ Tracie Dominique Palmer*
TRACIE DOMINIQUE PALMER (P 53555)
PALMER & ASSOCIATES, P.C.
Attorney for Defendants
615 Griswold, Ste. 1225
Detroit, MI  48226
(313) 963-1100  (voice)
(313) 963-5221  (fax)
tpalmer@palmerlawpc.com

## CERTIFICATE OF SERVICE

I state that on this date I filed the above-annexed document using the W.D. Michigan CM/ECF system which shall cause electronic notice of said filing to be served upon counsel of record for Plaintiff, and all other attorneys and/or parties of record.

Respectfully submitted,
*/s/ Tracie Dominique Palmer*
TRACIE DOMINIQUE PALMER (P 53555)
PALMER & ASSOCIATES, P.C.
Attorney for Defendants
615 Griswold, Ste. 1225
Detroit, MI  48226
(313) 963-1100  (voice)
(313) 963-5221  (fax)
tpalmer@palmerlawpc.com