UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOUNT HOPE CHURCH,

    Plaintiff,

v.

              File No. 1:09-CV-427

              HON. ROBERT HOLMES BELL

BASH BACK!, D-01
BASH BACK! LANSING, D-02
GINA ELEYNA WERTZ, D-03
KRISTY ELIZABETH BOUSQUET, D-04
AMY MICHELLE FIELD, D-05
JASON DAVID HATZ, D-06
CAILIN ELIZABETH MAJOR, D-07
WENDY RENAE DEBNAR, D-08
MICHELLE NICOLE TROUTMAN, D-09
SAMUEL D. KREUGER, D-10
NATHAN JAMES KELLER, D-11
ANTON BOLLEN, D-12
DEVIN SCOTT MERGET, D-13
DANIEL A REGENSCHEIT, D-14
RYAN LEVITT, D-15
ALLISON MARGARET PENNINGS, D-16
JOHN DOES 1-20, D-17-36

    Defendants.
_____/

## **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendants' joint motion for summary judgment and motion to dismiss (Dkt. No. 61) is **DENIED**.

Dated: September 23, 2009            /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE