Kevin Theriot
Dale Schowengerdt
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
480-444-0028 (fax)
dale@telladf.org

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MICHIGAN**
**WESTERN DISTRICT**

| | |
|---|---|
| MOUNT HOPE CHURCH, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-CV-427 |
| ) | Hon. Robert Holmes Bell |
| v. ) | |
| ) | |
| BASH BACK! et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |

I certify that on March 5, 2010, I served the Plaintiff's First Set of Requests for

Production for Defendants Gina Eleyna Wertz, Kristy Elizabeth Bousquet, Amy Michelle Field,

Cailin Elizabeth Major, Wendy Renae Debnar, Michele Nicole Troutman, Samuel D. Kreuger,

Anton Bollen, Devin Scott Merget and Daniel A. Regenscheit by USPS on:

    Tracie Dominique Palmer
    PALMER & ASSOCIATES, P.C.
    615 Griswold, Ste. 1225
    Detroit, MI 48226
    tpalmer@palmerlawpc.com

s/Dale Schowengerdt