Mark W. Sniderman
CAPLIN SNIDERMAN P.C.
11595 N. Meridian St., Ste. 300
Carmel, IN  46032
(317) 815-8600
(317) 574-0194
mark@caplinlaw.com

*Attorney for Below-Mentioned Defendants*

UNITED STATES DISTRICT COURT<br>for the<br>WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MOUNT HOPE CHURCH, | ) | Case No. 1:09-CV-427 |
|  | ) | Hon. Robert Holmes Bell |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BASH BACK!, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## DEFENDANTS' COUNSEL'S LETTER TO COURT

Comes now Mark W. Sniderman, counsel for Defendants Anton Bollen, Amy Michelle Field, Samuel D. Krueger, Ryan Levitt, Cailin Elizabeth Major, Devin Scott Merget, Allison Margaret Pennings, Daniel A. Regenscheit, Michele Nicole Troutman and Gina Eleyna Wertz, and respectfully submits this Letter to Court and states as follows:

   1.   The undersigned counsel represents the ten Defendants noted above in this matter.

   2.   The undersigned counsel entered his appearance for six of the aforementioned Defendants on November 9, 2010; and four Defendants today, November 24, 2010.

   3.   Prior to the entries of appearance noted above, a hearing was set in this

matter on Plaintiff's *Motion to Compel Production* (D. # 122).  The *Motion to Compel Production* is not directed at any defendant or party, but rather at a non-party.

    4.    The hearing on Plaintiff's *Motion to Compel Production* has been set for Monday, November 29, 2010 at 2:00 p.m. (D. # 123).

    5.    Due to prior commitments and because the undersigned represents no parties implicated by the *Motion to Compel Production*, the undersigned called the Court on Monday, November 22, 2010 to inquire if he may attend the hearing by teleconference or may be excused from attending the hearing, as alternatives to potentially moving for the hearing to be re-scheduled.  Court staff advised the undersigned to instead submit this *Letter to Court* setting forth the above.

    6.    Accordingly, the undersigned respectfully submits to the Court and all parties that he shall not be in attendance at the hearing set for Monday, November 29, 2010.

Dated:  November 24, 2010        Respectfully submitted,

                                            CAPLIN SNIDERMAN P.C.

                                            *s/ Mark W. Sniderman*
                                            Mark W. Sniderman
                                            11595 N. Meridian St., Ste. 300
                                            Carmel, IN  46032
                                            (317) 815-8600 T
                                            (317) 574-0194 F
                                            mark@caplinlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the following distribution list via the United States District Court's electronic transmission service this 24th day of November 2010.

Dale Schowengerdt
Alliance Defense Fund (AZ)
15100 N 90th St.
Scottsdale, AZ  85260
Email: dschowengerdt@telladf.org

Erik W. Stanley
Kevin Hayden Theriot
Alliance Defense Fund (KS)
15192 Rosewood
Leawood, KS 66224
Email: estanley@telladf.org
Email: ktheriot@telladf.org

Karl A. H. Bohnhoff
Bohnhoff and Mahoney PLC
912 Centennial Way, Ste. 320
Lansing, MI 48917
Email: Documents@BohnhoffMahoney.com

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the following distribution list via First Class United States Mail, postage pre-paid, on this 24th day of November 2010.

Kristy Elizabeth Bousquet
1714 Robertson Ave.
Lansing, MI  48915

Wendy Renae Debnar
1008 Cleveland St.
Lansing, MI  48906

*s/ Mark W. Sniderman*
Mark W. Sniderman

CAPLIN SNIDERMAN P.C.
11595 N. Meridian St., Ste. 300
Carmel, IN  46032
(317) 815-8600 T
(317) 574-0194 F
mark@caplinlaw.com