**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MICHIGAN**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MOUNT HOPE CHURCH, | ) | Case No. 1:09-CV-427 |
| | ) | Hon. Robert Holmes Bell |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BASH BACK!, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST BASH BACK! AND BASH BACK! LANSING**

This case arose out of the Defendants' disruption of Plaintiff Mount Hope Church's Sunday service on November 9, 2008. Mount Hope filed suit, alleging that the Defendants' actions constituted physical obstruction and intimidation in violation of 18 U.S.C. § 248, and common law trespass. Mount Hope sued several individually named defendants and two organizational defendants, Bash Back! and Bash Back! Lansing. Both organizational defendants, and all of the individual defendants except for Nathan Keller, were originally represented by attorney Tracie Dominique Palmer. Ms. Palmer filed a waiver of service of process for Bash Back! and Bash Back! Lansing. (Docket No.s 4 & 6). Ms. Palmer also filed an answer for both organizations. (Docket No. 59). When Ms. Palmer withdrew from the case and substitute counsel did not assume representation, the defendants proceeded *in propria persona*. The court ordered each defendant to serve upon counsel a statement of the defendant's name, address, telephone

number, and email address, if any. (Order, June 3, 2010, Docket No. 106). The Court warned that "[a]ny defendant who fails to comply with this order may be subject to entry of a default or other sanctions after the expiration of fourteen days." *Id.*

Every defendant complied with this order, except for Bash Back! and Bash Back! Lansing, neither of which ever submitted contact information to counsel. Although substitute counsel eventually appeared for the individually named defendants, counsel did not appear for Bash Back! or Bash Back! Lansing.

This Court has inherent authority to enter a default judgment when a party disobeys its orders or otherwise interferes with the administration of the case. *Smith v. Commissioner of Internal Revenue*, 926 F.2d 1470, 1475 (6th Cir. 1991). Bash Back! and Bash Back! Lansing violated this Court's clear order to submit contact information to counsel after they proceeded in *in propria persona*, they have been unavailable for discovery, and have done nothing in the case since filing their answers.

Therefore, the Court orders entry of default judgment against defendants Bash Back! and Bash Back! Lansing. It is further ordered that Bash Back! and Bash Back! Lansing and any of its officers, directors, agents, and all other persons whomsoever, known or unknown, acting on behalf of Bash Back! or Bash Back! Lansing or in concert with them, and receiving actual or constructive notice of this Order, are:

1. permanently enjoined from entering any of Mount Hope Church and International Outreach Ministry's property without written consent from a member of Plaintiff's pastoral staff, and from harassing or intimidating any of Mount Hope's church members or staff;

2. permanently enjoined from disrupting a religious service anywhere in the United States by shouting, yelling, throwing objects, unfurling a banner or displaying any other sign not approved by the church, or by otherwise causing a disturbance;
3. permanently enjoined from conducting a protest on the private property of any place of worship in the United States;
4. permanently enjoined from blocking, impeding, or making unreasonably difficult ingress or egress to entrances and/or exits of any place of worship in the United States;
5. permanently enjoined from blocking, impeding, or making unreasonably difficult ingress or egress onto property by vehicular or pedestrian traffic at any place of worship in the United States; and
6. permanently enjoined from destroying property at any place of worship in the United States.

Violations of this order may be enforced by appropriate motion. If Bash Back!, Bash Back! Lansing, any of its officers, directors, agents, or any other persons whomsoever, known or unknown, acting on behalf of Bash Back! or Bash Back! Lansing, or in concert with Bash Back! or Bash Back! Lansing, is found to have knowingly violated this order, that person or entity shall be subject to a fine of $10,000 and reasonable attorneys fees and costs associated with enforcement of this order.

Dated: July 11, 2011

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE